IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 2:11-CR-0285
JUDGE EDMUND A. SARGUS, JR.

MAURICE JEFFRIES,

Defendant.

### ORDER

This matter is before the Court for consideration of Defendant Maurice Jeffries's Motion to Review Order of Detention dated December 13, 2011 (Doc. 20). The Court finds that a hearing is necessary for further consideration of the Defendant's motion. A hearing will be held before this Court on **Wednesday, January 4, 2012 at 9:00 a.m.**, at the United States District Court for the Southern District of Ohio, 85 Marconi Boulevard, Columbus, Ohio 43215.

IT IS SO ORDERED.

12-30-2011
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE